238

In the Matter of **HYDROCARBON CHEM-ICALS, INC.**, and Its Subsidiaries Berkeley Shore Estates, Myspec Container Corporation, Burlington Development Company, Inc., Hydrocarbon Realty Development Co., Inc., Lanoka Investment Corp., and Lanoka Harbor Land Company, Inc., All New Jersey Corporations, Debtors,

Eastern Finance Corporation, Appellant.

No. 15356.

United States Court of Appeals
Third Circuit.

Argued Dec. 7, 1965.

Decided Dec. 21, 1965.

Felix Rospond, Irvington, N. J. (Rospond & Rospond, Irvington, N. J., on the brief), for appellant.

Richard V. Bandler, Asst. Regional Administrator, Securities and Exchange Commission, New York City (Philip A. Loomis, Jr., Gen. Counsel, David Ferber, Sol., Richard M. Phillips, Sp. Counsel, Gus J. Bennett, Atty., Securities and Exchange Commission, Washington, D. C., on the brief), for Securities and Exchange Commission.

Before KALODNER, Chief Judge, and MARIS and FORMAN, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The District Court's Order Disallowing Priority Payment and Allowing General Claim to Eastern Finance Corporation will be affirmed for the reasons so well stated in the Opinion of Judge Coolahan.

James D. McTAGGART, as Trustee of the Estate of Hershell Lee Wallace, bankrupt, Appellant,

v.

H. Douglas WALLACE, Appellee.

No. 19980.

United States Court of Appeals
Ninth Circuit.

Dec. 13, 1965.

James D. McTaggart, Boise, Idaho, for appellant.

H. Douglas Wallace, Boise, Idaho, in pro. per.

Before MADDEN, Judge of the Court of Claims, and HAMLEY and DUNIWAY, Circuit Judges.

PER CURIAM.

The memorandum opinion of the district court discusses each of the issues raised by appellant. We agree with the district court's disposition of those issues, none of which has precedent value, and therefore

Affirm.